IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Boatman, Vincent

Printed: 5/6/08

Case Number: 06 B 06406
Judge: Wedoff, Eugene R
Filed: 6/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 20, 2008
Confirmed: August 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,836.41 |  |
| Secured: |  | 3,615.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,874.00 |
| Trustee Fee: |  | 347.06 |
| Other Funds: |  | 0.00 |
| Totals: | 6,836.41 | 6,836.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Rescues | Administrative | 2,874.00 | 2,874.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 10,994.37 | 3,615.35 |
| 5. | Sprint Nextel | Unsecured | 1,038.69 | 0.00 |
| 6. | United Collection Bureau Inc | Unsecured | 742.00 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 15,244.90 | 0.00 |
| 8. | West Side Emergency Physicians | Unsecured |  | No Claim Filed |
| 9. | Pay Day Loans | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,893.96 | $ 6,489.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 176.57 |
| 5.4% | 170.49 |
|  | _____ |
|  | $ 347.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Boatman, Vincent

Printed:  5/6/08

Case Number:  06 B 06406
Judge:  Wedoff, Eugene R
Filed:  6/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

